(Revised 01/98)   CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE __7-19-10__ - WICHITA

CASE NO. __10-10077-01-EFM__ UNITED STATES vs. __Dan Alan Sanchez__   AGE ____

**FILED**
U.S. District Court
District of Kansas
JUL 19 2010
Clerk, U.S. District Court
By _____ Deputy Clerk

APPEARANCES:
- Government:
  - ( ) Lind
  - ( ) Watson
  - ( ) Furst
  - ( ) Metzger
  - ( ) Barnett
  - ( ) Welch
  - ( ) Anderson
  - ( ) Treaster
  - ( ) Sublet
  - (✓) Smith
  - ( ) Hart

- Defendant: (✓) In Person   (✓) By Counsel: __Charles O'Hara__
  - (✓) Retained   ( ) Appointed

JUDGE:
- (✓) Humphreys
- ( ) Bostwick

CLERK:
- (✓) Stimits
- ( ) Larkey

U.S. PROBATION:
- ( ) Madden
- ( ) Chirinos
- ( ) _____

Proceedings:
- ( ) Preliminary Hearing   ( ) Held   ( ) Waived  __(3 min.)__
- ( ) Rule 5   ( ) Detention   (✓) Arraignment   ( ) Sentence
- ( ) Bond Hearing   ( ) Bond Revoc.   ( ) Probation Violation

---

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS   Arrest Date _____

- (✓) Charges explained to the Defendant
- ( ) Defendant sworn & examined re: financial status   ( ) Counsel appointed
- ( ) Defendant's constitutional rights explained   (✓) Felony   ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver of Indictment   ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Advised of Rights under   ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)   ( ) Signed Consent to Proceed Before Magistrate
- ( ) Petition to enter plea filed   ( ) Plea Agreement attached
- ( ) Interpreter   ( ) Appointed   ( ) Sworn   Name:_____

- (✓) ARRAIGNMENT AND PLEA:   __Superseding__
  - (✓) Waived Reading   (✓) Indictment   ( ) Information
  - ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty
  - ( ) Guilty
  - (✓) Not Guilty
  - (✓) No. of Counts: __4__
  - ( ) Read to Defendant
  - Counts:_____ withdrawn
  - Counts:_____ accepted
  - Counts:_____

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to:_____
- ( ) Bond   ( ) Fixed at   ( ) Remain at: $_____   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order   ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
- ( ) Detention Ordered   ( ) Temporary Detention Ordered
- ( ) Set for Trial:_____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard on _____ at _____ a.m./p.m. before Judge _____

Defendant's next appearance __as directed__ at _____ a.m./p.m. before Judge __Melgren__ for:
- ( ) Detention hearing   ( ) Arraignment   ( ) _____

Miscellaneous: __1:30 - 1:33__