**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | No.   10-10077-01-EFM |
| } | |
| DAN ALAN SANCHEZ, } | |
| } | |
| Defendant. } | |

**SUPERSEDING INFORMATION**

The United States Attorney charges:

**COUNT 1**

On or about February 18, 2010, in the District of Kansas,

**DAN ALAN SANCHEZ,**

the defendant herein, did unlawfully, knowingly, and intentionally use a communication facility, to wit: a telephone, in committing or causing to commit or facilitating the commission of the possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a felony controlled substance crime,

In violation of Title 21, United States Code, Section 843(b).

## COUNT 2

On or about February 18, 2010, in the District of Kansas,

**DAN ALAN SANCHEZ,**

the defendant herein, did unlawfully, knowingly, and intentionally use a communication facility, to wit: a telephone, in committing or causing to commit or facilitating the commission of the possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a felony controlled substance crime,

In violation of Title 21, United States Code, Section 843(b).

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

S/Chad Sublet
CHAD SUBLET, #22644
Special Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail:chad.sublet@usdoj.gov